# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CU* ANSWERS, INC., *Plaintiff*, v. G2LINK, LLC, *Defendant*. | Case No. 2:18-CV-04525-JDW |

## ORDER

**AND NOW**, this 31st day of December, 2019, upon consideration of Defendant's Motion to Exclude Expert Opinions and Testimony of Elizabeth Sigety (ECF No. 37), and Plaintiff's Response in Opposition (ECF No. 39) it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, Defendant's Motion is **GRANTED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.